UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **PEARL DELTA FUNDING LLC**;<br><br>                                  Plaintiff,<br><br>               *~ against ~*<br><br>**ILLINOIS COLLECTION SERVICE INC.**;<br>**DJC MANAGEMENT & CONSULTANTS, INC.**;<br>**PALM BEACH COLLECTION MANAGEMENT, INC.**;<br>**BUSINESS OFFICE SOLUTIONS**;<br>**ICS COLLECTION SERVICE, INC.**;<br>**ICS, INC.***; and*<br>**JOHN CRONIN,**<br><br>                                 Defendants. | Civil Action No. 2:23-cv-_____<br><br>**NOTICE OF REMOVAL**<br>*(Diversity of Citizenship)* |

**TO THE HONORABLE CHIEF JUDGE;**
**THE CLERK OF THE COURT;**
**AND THE DISTICT JUDGES OF THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK:**

        **PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1332, 1441, and 1446; Local Civil Rule 81.1 and all other relevant provisions of federal law and practices of this Court, the Defendants: (i.) **ILLINOIS COLLECTION SERVICE INC.**; (ii.) **DJC MANAGEMENT & CONSULTANTS, INC.**; (iii.) **PALM BEACH COLLECTION MANAGEMENT, INC.**; (iv.) **BUSINESS OFFICE SOLUTIONS**; (v.) **ICS COLLECTION SERVICE, INC.**; (vi.) **ICS, INC.**; *and* (vii.) **JOHN CRONIN** (referred to collectively in this Notice of Removal as the "**Defendants**" where appropriate) do hereby Remove this action, which had been pending before the Supreme Court of the State of New York in and for the County of Nassau, and docketed under Index No. 600694/2023.

As grounds for Removal, the Defendants respectfully state as follows:

### A. Procedural Background and Compliance with Requirements for Removal under 28 U.S.C. § 1446

1. This action was commenced before the Supreme Court of the State of New York in and for the County of Nassau by the docketing on January 12, 2023, of a Summons and Complaint (State Docket No. 1). A complete, true and accurate copy of the Summons and Complaint is annexed as Exhibit A and incorporated in this Notice of Removal in full.

2. Pursuant to 28 U.S.C. § 1446(a) annexed as Exhibits to this Notice of Removal are all other "process, pleadings, and orders" in this action as follows, namely:

   (a.) A purported Affidavit of Service of Process on Illinois Collection Service Inc. alleged to have taken place January 28, 2023 and docketed on January 31, 2023 (State Docket No. 2). A complete true and accurate copy of the Affidavit of Service is annexed as **Exhibit B** and incorporated in this Notice of Removal in full;

   (b.) A purported Affidavit of Service of Process on DJC Management & Consultants, Inc. alleged to have taken place January 28, 2023 and docketed on January 31, 2023 (State Docket No. 3). A complete true and accurate copy of the Affidavit of Service is annexed as **Exhibit C** and incorporated in this Notice of Removal in full;

   (c.) A purported Affidavit of Service of Process on Palm Beach Collection Management, Inc. alleged to have taken place January 28, 2023 and docketed on January 31, 2023 (State Docket No. 4). A complete true and accurate copy of the Affidavit of Service is annexed as **Exhibit D** and incorporated in this Notice of Removal in full;

   (d.) A purported Affidavit of Service of Process on Business Office Solutions alleged to have taken place January 28, 2023 and docketed on January 31, 2023 (State Docket No. 5). A complete true and accurate copy of the Affidavit of Service is annexed as **Exhibit E** and incorporated in this Notice of Removal in full;

(e.) A purported Affidavit of Service of Process on ICS Collection Service, Inc., alleged to have taken place January 28, 2023 and docketed on January 31, 2023 (State Docket No. 6). A complete true and accurate copy of the Affidavit of Service is annexed as **Exhibit F** and incorporated in this Notice of Removal in full;

(f.) A purported Affidavit of Service of Process on ICS, Inc., alleged to have taken place January 28, 2023 and docketed on January 31, 2023 (State Docket No. 7). A complete true and accurate copy of the Affidavit of Service is annexed as **Exhibit G** and incorporated in this Notice of Removal in full;

(g.) A purported Affidavit of Service of Process on John Cronin, alleged to have taken place January 28, 2023 and docketed on January 31, 2023 (State Docket No. 8). A complete true and accurate copy of the Affidavit of Service is annexed as **Exhibit H** and incorporated in this Notice of Removal in full;

(h.) A purported Affirmation of Service of Notice of Impending Default Judgment dated February 6, 2023 and docketed on February 6, 2023 (State Docket No 9). A complete true and accurate copy of the Affirmation of Service of Notice of Impending Default Judgment is annexed as **Exhibit I** and incorporated in this Notice of Removal in full.

3. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b)(1) because it is filed within thirty (30) days after the purported receipt by the Defendants of a copy of the initial pleading setting for the claim for relief upon which this action is based.

4. All Defendants who have been properly joined and allegedly served, join in and consent to the filing of this Notice of Removal.

5. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be presently filed with the Clerk of the Supreme Court of the State of New York in and for the County of Nassau. A copy of the unfiled Notice of Filing is annexed as **Exhibit J**.

## B. This Court has Diversity Jurisdiction

6. For the reasons shown below, this Honorable Court has original jurisdiction over this action pursuant to § 1332(a) and therefore this case is removable to this Court pursuant to 28 U.S.C. § 1441(a).

### *Plaintiff's Citizenship in Maryland, New York and New Jersey and not of Illinois*

7. For diversity purposes, "the citizenship of a limited liability company is determined by the citizenship of each of its members". Carter v. HealthPort Techs., LLC, 822 F.3d 47, n. 16 (2d Cir. 2016) *citing* Bayerische Landesbank v. Aladdin Capital Mgmt. LLC, 692 F.3d 42, 49 (2d Cir. 2012); Handelsman v. Bedford Associates Limited Partnership, 213 F.3d 48, 51-52 (2d Cir. 2000).

8. In a Notice of Removal filed in a different case brought by the Plaintiff in State Court, which was removed to this Court, the Defendants in that case alleged that:

> "Plaintiff Pearl Delta Funding, LLC ('Pearl Delta') is a Delaware limited liability company having a principal place of business in New Jersey. Pearl Delta's sole member is Five Hole, LLC, a Delaware limited liability company having a principal place of business in Delaware. Five Hole, LLC is wholly owned by Capital Z Partners Co-Invest (Pearl), LP ('Capital Z Partners'), a Delaware limited partnership having a principal place of business in Delaware. Capital Z Partners is wholly owned by Capital Z Partners Management LLC ('Capital Management'), which is a Delaware limited liability company with a principal place of business in Delaware. Capital Management's members are citizens of and domiciled in Maryland, New York and New Jersey."

Notice of Removal in Pearl Delta Funding LLC v. Jeffrey J. Peabody Plumbing & Heaing LLC, et ano., Case No. 1:22-cv-01725-WFK-VMS (E.D.N.Y. March 28, 2022) at Document No. 1, ¶ 8. In this Notice of Removal we refer to that case as the "Peabody matter".

9. A complete, true and accurate copy of the Notice of Removal docketed in the Peabody matter is annexed as **Exhibit K** and incorporated by reference here.

10. A review of the docket in the Peabody matter shows no objection by any party to the allegation that Pearl Delta Funding, LLC is a citizen of Maryland, New York and New Jersey and not of Illinois.

11. Separately, in a Notice of Removal filed in a separate case brought by the Plaintiff in State Court, which was removed to the United States District Court for the Western District of New York, the Defendants in that case alleged that:

> "Plaintiff Pearl Delta Funding, LLC ('Pearl Delta') is a Delaware limited liability company having a principal place of business in New Jersey. Upon information and belief, Pearl Delta's sole member is Five Hole, LLC, a Delaware limited liability company having a principal place of business in Delaware. Five Hole, LLC is wholly owned by Capital Z Partners Co-Invest (Pearl), LP ('Capital Z Partners'), a Delaware limited partnership having a principal place of business in Delaware. Capital Z Partners is wholly owned by Capital Z Partners Management LLC ('Capital Management'), which is a Delaware limited liability company with a principal place of business in Delaware. Upon information and belief, Capital Management's members are citizens of and domiciled in Maryland, New York, and New Jersey."

Notice of Removal in Pearl Delta Funding LLC v. Health Top Travel USA L.L.C., Case No. 1:22-cv-06470-EAW (W.D.N.Y. Oct. 6, 2022) at Document No. 1, ¶ 4. In this Notice of Removal we refer to that case as the "Health Top Travel matter".

12. A complete, true and accurate copy of the Notice of Removal docketed in the Health Top Travel matter is annexed as **Exhibit L** and incorporated by reference here.

13. A review of the docket in the Health Top Travel matter shows no objection by any party to the allegation that Pearl Delta Funding, LLC is a citizen of Maryland, New York and New Jersey and not of Illinois.

14. In reliance on the allegations in the Notices of Removal filed in <u>Peabody</u> and <u>Health Top Travel</u>, that were admitted to by the Plaintiff,[1] the Defendants respectfully allege on information and belief that Plaintiff is a citizen of Maryland, New York and New Jersey and is not a citizen of Illinois.

***Defendants' Citizenship in Illinois***
***and in Maryland, New York or New Jersey***

15. Defendants (i.) DJC Management & Consultants, Inc.; (ii.) Palm Beach Collection Management, Inc. are corporations organized and existing under Illinois law. They have no corporate presence or citizenship in Maryland, New York or New Jersey.

16. Defendants (i.) Illinois Collection Service Inc.; (ii.) ICS Collection Service, Inc., and (iii.) ICS, Inc., are different names for the same legal entity – namely Illinois Collection Service Inc. Illinois Collection Service Inc., is a corporation organized and existing under Illinois law. It has no corporate presence or citizenship in Maryland, New York or New Jersey.

17. Upon information and belief, Defendant Business Office Solutions is a misnomer for Business Office Solutions, Inc.

18. Business Office Solutions, Inc., is a corporation organized and existing under Illinois law. It has no corporate presence or citizenship in Maryland, New York or New Jersey.

19. Defendant John Cronin is a natural person resident at Illinois who does not reside or have citizenship in Maryland, New York or New Jersey.

---

[1] *See, e.g.,* <u>In re Mich. Nat'l Bank-Oakland</u>, 89 N.Y.2d 94 (1996)("Informal judicial admissions are recognized as 'facts incidentally admitted . . . in some other judicial proceeding, as in statements made by a party as a witness . . .'"; "[a]n admission in a pleading in one action is admissible against the pleader in another suit") *citing* Prince, RICHARDSON ON EVIDENCE § 8-219, at 529-30 (Farrell 11th Ed.); <u>U.S. v. Buckner</u>, 108 F.2d 921 (2d Cir. 1940) *citing* RICHARDSON ON EVIDENCE § 340 (2d Ed.); 2 WIGMROE ON EVIDENCE §§ 1058, 1066 (2d Ed.)(same).

*Complete Diversity*

20. As shown above, the Plaintiff is a citizen of Maryland, New York and New Jersey and not of Illinois. Each Defendant is a citizen of Illinois and not of Maryland, New Jersey or New York. Therefore there is complete diversity between the Parties.

*Amount in Dispute*

21. The Verified Complaint in this case seeks damages in the amount of one hundred and seventy-seven thousand, seven hundred and eleven United States dollars and eighty-eight cents ($177,711.88) exclusive of interest and costs. *See* Exhibit A at Prayer for Relief.

### C. Local Civil Rule 81.1

22. The Plaintiff's corporate structure can be summarized as follows:



Illustration 1 – Corporate Structure of Plaintiff

23. To summarize the chart above: the Plaintiff is a limited liability company which is a citizen of **Maryland**, **New York** and **New Jersey** and not of Illinois. This is because, upon information and belief, Plaintiff is wholly owned by Five Hole, LLC, which is wholly owned by Capital Z Partners Co-Invest (Pearl), LP; which is wholly owned by Capital Z Partners Management LLC.

24. All of the Members of Capital Z Partners Management LLC are natural persons resident and citizens of Maryland, New York and New Jersey; and not of Illinois.

25. Each corporate defendant was incorporated in and maintains its principal place of business at **Illinois**; and is solely a citizen of Illinois and not of Maryland, New York, New Jersey or any other State.

26. Defendant John Cronin is resident at and a citizen of **Illinois** and not of Maryland, New York, New Jersey or any other State.

27. The Affidavits of Service filed in the State case (Exhibits B – H), allege that all Defendants were served on **January 28, 2023**.

*[Remainder of Page Intentionally Left Blank]*

**WHEREFORE,** pursuant to 28 U.S.C. §§ 1332, 1441, and 1446; Local Civil Rule 81.1 and all other relevant provisions of federal law and practices of this Court, the Defendants respectfully submit that this action should proceed in its entirety before this Honorable Court as an action having properly and timely been Removed.

**Dated: February 12, 2023**

RESPECTFULLY SUBMITTED,

By: *[signature]*

Baruch S. Gottesman, Esq.
New York Bar No. 4480539
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
Fax: (212) 859-7307
bg@gottesmanlegal.com
*Counsel for All Defendants*