UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **PEARL DELTA FUNDING LLC**;<br><br>Plaintiff,<br><br>~ *against* ~<br><br>**ILLINOIS COLLECTION SERVICE INC.**;<br>**DJC MANAGEMENT & CONSULTANTS, INC.**;<br>**PALM BEACH COLLECTION MANAGEMENT, INC.**;<br>**BUSINESS OFFICE SOLUTIONS**;<br>**ICS COLLECTION SERVICE, INC.**;<br>**ICS, INC.**; *and*<br>**JOHN CRONIN**,<br><br>Defendants. | Civil Action No. **2:23-cv-01153**<br><br>**RULE 7.1  CORPORATE DISCLOSURE STATEMENT** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the Defendants respectfully submit that no Defendant has a parent corporation and no publicly traded corporation currently owns 10% or more of the stock of any Defendant.

Every individual and corporate Defendant is a citizen of Illinois and not of any other State or jurisdiction.

**Dated: February 12, 2023**

RESPECTFULLY SUBMITTED,

By: _/s/ Baruch S. Gottesman_

Baruch S. Gottesman, Esq.
New York Bar No. 4480539

GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
Fax: (212) 859-7307
bg@gottesmanlegal.com
*Counsel for All Defendants*
