

**Baruch S. Gottesman**
Attorney and Counselor at Law

May 19, 2023

The Hon. District Judge Frederic Block
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    Notice of Conclusion of Mediation and
                Proposed Briefing Schedule on Motion to Dismiss in
                Pearl Delta Funding LLC v. Illinois Collection Service Inc., et al.
                <u>Case No. 2:23-cv-1153-FB</u>

Judge Block:

      This Letter is submitted on behalf of **All Parties** in the matter of <u>Pearl Delta Funding LLC v. Illinois Collection Svc Inc., et al.</u>, Case No. 2:23-cv-1153-FB. After Defendants sought leave to File a Motion to Dismiss on March 20, 2023, your honor referred to this Mediation.

      Counsel for all Parties jointly write to notify the Court that Mediation concluded without a settlement and to propose this briefing schedule on the pending Motion to Dismiss:

| **Party** | **Nature of Filing** | **Proposed Date** |
|---|---|---|
| Defendants | Motion to Dismiss – Briefing and other Supporting Documentation | June 8, 2023 |
| Plaintiff | Opposition, if any, to Motion to Dismiss – Briefing and Supporting Documentation | June 29, 2023 |
| Defendants | Reply in Further Support, if any | July 6, 2023 |
| The Court | Oral Argument if Directed by the Court | TBD |

For the Plaintiff:

/s/ (signed by BSG with permission of CM on 05/19/23 12:40 PM)
Christopher Murray, Esq.
MURRAY LEGAL PLLC
170 Old Country Road, Suite 608
Mineola, NY 11501
Phone: (516) 260-7367
e-mail: cmurray@murraylegalpllc.com

For All Defendants:

/s/
Baruch S. Gottesman, Esq.
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
e-mail: bg@gottesmanlegal.com