**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **PEARL DELTA FUNDING LLC**; | |
| Plaintiff, | |
| ~ *against* ~ | Civil Action No. **2:23-cv-01153** |
| **ILLINOIS COLLECTION SERVICE INC.**; **DJC MANAGEMENT & CONSULTANTS, INC.**; **PALM BEACH COLLECTION MANAGEMENT, INC.**; **BUSINESS OFFICE SOLUTIONS**; **ICS COLLECTION SERVICE, INC.**; **ICS, INC.**; *and* **JOHN CRONIN,** | **AFFIDAVIT OF SERVICE** |
| Defendants. | |

The Undersigned Baruch S. Gottesman, Esq., an attorney admitted to the practice of law in New York who maintains his office at 11 Broadway, Suite 615, in the City, County, and State of New York having been first duly sworn according to law, hereby deposes and respectfully submits as follows:

1. My name is Baruch S. Gottesman, Esq., counsel for the Defendants in the above captioned matter. I affirm the following to be true under penalty of perjury.

2. On July 6, 2023, I served Notice of Motion, Moving Papers, Responses, and Reply in this matter (Docket Entries 14-20) on the Plaintiff's Counsel via ECF and e-mail.

**RESPECTFULLY SUBMITTED THIS**
**6TH DAY OF JULY 2023**

                          RESPECTFULLY SUBMITTED,

By: *[signature]*

Baruch S. Gottesman, Esq.
New York Bar No. 4480539
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
Fax: (212) 859-7307
bg@gottesmanlegal.com
*Counsel for Defendants*