DocuSign Envelope ID: E2EFF59E-9878-4E3A-9134-F634C2E957CE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

---------------------------------------------------------------X
PEARL DELTA FUNDING, LLC,

                              Plaintiff,

          -against-                           Case No.: 23-cv-01153 (FB) (ST)

ILLINOIS COLLECTION SERVICE INC.;         **STIPULATION OF DISMISSAL**
DJC MANAGEMENT & CONSULTANTS, INC.;
PALM BEACH COLLECTION MANAGEMENT, INC.;
BUSINESS OFFICE SOLUTIONS;
ICS COLLECTION SERVICE, INC.;
ICS INC., *and*
JOHN CRONIN

                              Defendants.
---------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff, Pearl Delta Funding LLC, and Defendants, Illinois Collection Service Inc.; DJC Management & Consultants, Inc.; Palm Beach Collection Management, Inc.; Business Office Solutions; ICS Collection Service, Inc.; ICS Inc.; that whereas no party hereto is an incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action, the action, including all claims, cross-claims, defenses, and counterclaims, is dismissed with prejudice;

IT IS FURTHER STIPULATED that this stipulation may be filed without further notice and facismile signatures shall be treated as original for all purposes.

*<signature page follows>*

Dated: May 8, 2024

_____
Christopher N. Murray, Esq.
Murray Legal PLLC
*Attorneys for Plaintiff*
170 Old Country Road, Suite 608
Mineola, New York 11501
Telephone: (516) 260-7367
E-Mail: cmurray@murraylegalpllc.com

Dated: ~~January~~ May 8, 2024

_____ 05/08/2024
Baruch S. Gottesman, Esq.
Gottesman Legal PLLC
*Attorneys for Defendants*
11 Broadway, Suite 615
New York, New York 10004
Telephone: (212) 401-6910
E-Mail: bg@gottesmanlegal.com